**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RAYMOUR & FLANIGAN | : | No. 388 EAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (OBEID) | : | |
| | : | |
| | : | |
| PETITION OF: LAMIS OBEID | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.